UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ISON JAMAAL PATTERSON,

                    07 CV 6725 (SHS)

            Plaintiff,

    -against-                         NOTICE OF APPEARANCE

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE OFFICER DINA MORETTI, Shield # 20780, NEW YORK CITY POLICE OFFICERS "JOHN DOES", all of the identified and non-identified persons in their individual and in their official capacities,

            Defendants.
--------------------------------------------------------X

        PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendant CITY OF NEW YORK.

DATED:    New York, New York
                August 1, 2007

                                    Respectfully submitted,

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the City of New York
                                    Attorney for Defendant
                                    CITY OF NEW YORK
                                    100 Church Street, Room 3-162
                                    New York, New York 10007-2601
                                    (212) 788-9391
                                    (212) 788-9776 (facsimile)
                                    bmyrvold@law.nyc.gov

                                            /s/
                              By: _____
                                  Barry K. Myrvold (BM6908)

To:    James I. Meyerson, Esq. By ECF
        *Attorney for Plaintiff*