USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ISON JAMAAL PATTERSON,                    :        07 Civ. 6725 (SHS)

               Plaintiff,              :

      -against-                          :        ORDER

THE CITY OF NEW YORK, *ET AL.*,           :

           Defendants.             :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     Disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or

before October 26, 2007;

      2.     There will be a mid discovery status conference on November 16, 2007, at

11:30 a.m.; and

      3.     The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       October 19, 2007

                   SO ORDERED:

                                Sidney H. Stein, U.S.D.J.