```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ISON JAMAAL PATTERSON,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, NEW
YORK CITY POLICE OFFICER DINA MORETTI,
Shield # 20780, NEW YORK CITY POLICE
OFFICERS "JOHN DOES", all of the identified and
non identified persons in their individual and in their
official capacities,

                                   Defendants.

------------------------------------------------------------------ x

STIPULATION AND
ORDER OF SETTLEMENT
AND DISMISSAL

07 CV 6725 (SHS)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or

about July 26, 2007, alleging that his civil rights were violated; and

        **WHEREAS,** defendants, City of New York and Police Detective Dina

Moretti ("City Defendants"), have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the plaintiff and the City Defendants now desire to resolve the

issues raised in this litigation, without further proceedings and without admitting any

fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

and between the undersigned, as follows:

1.  The above-referenced action is hereby dismissed, with prejudice, against the City defendants and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2.  Defendant City of New York hereby agrees to pay plaintiff the total sum of Fourteen Thousand Dollars ($14,000), in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees.  In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the City of New York, and the individual defendant, Dina Moretti, and to release all defendants, any present or former employees or agents of the City of New York, and the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.  Plaintiff agrees that payment within 90 days of the Court's endorsement of this stipulation shall be a reasonable time for payment.

3.  Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, releases based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.  Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation and/or settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:      New York, New York
            November 27, 2007

James I. Meyerson                    MICHAEL A. CARDOZO
*Attorney for Plaintiff*             Corporation Counsel of the
64 Fulton Street, Suite 502          City of New York
New York, New York 10038             *Attorney for Defendants*
(212) 226-3310                       CITY OF NEW YORK, and DINA
                                     MORETTI
                                     100 Church Street, Rm. 3-162
                                     New York, NY 10007
                                     bmyrvold@law.nyc.gov
                                     (212) 788-9391

By: _James I. Meyerson/ JM4304_      By: _Barry Myrvold_

SO ORDERED 11/29/07

_Sidney H. Stein, U.S.D.J._